# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156128(124)

GARY HENRY and KATHY HENRY,
      Plaintiffs-Appellees,

v

DOW CHEMICAL COMPANY,
      Defendant-Appellant.

SC: 156128
COA: 328716
Saginaw CC: 03-047775-NZ

_____/

      On order of the Chief Justice, the motion of the Michigan Defense Trial Counsel to file a late amicus curiae brief is GRANTED. The amicus brief submitted on October 25, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2017



Clerk